LUCIE HERDLE, Respondent, v. ABRAHAM GOLDSTEIN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

KIMBERLEY CONSTRUCTION CO., INC., Respondent, v. THE XARDELL CORPORATION, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

EDWARD BOORE, Respondent, v. GEORGE BULLOCK, as Receiver, Appellant.— Appeal dismissed, without costs, on stipulation filed.

JACOB ROSEN and Another, Appellants, v. MARION ANDERSON and Another, Respondents.— Appeal dismissed, without costs, on stipulation filed.

WILFRED MARTIN, by Guardian ad Litem, Appellant, v. WILLIAM J. EMBLING, Respondent.— Motion granted and appeal dismissed, with costs.

ESTELLE E. DICKEY, Appellant, v. NORMAN A. DICKEY, Respondent.— Motion granted and appeal dismissed, with costs.

MAYNARD L. RIEGEL, Respondent, v. BARBARA FRANZEL, Appellant.— Motion to dismiss appeal denied, and appeal ordered heard at opening of September term.

WHEELER-GREEN ELECTRIC COMPANY, Respondent, v. RALPH A. JACKSON, Appellant.— Judgment affirmed, with costs. All concur; Hubbs, P. J., not sitting.

ROBERTSON-CATARACT ELECTRIC COMPANY, Respondent, v. ALLEN ELECTRIC SALES CORPORATION, Defendant, Impleaded with F. HARRISON HIGGINS, Appellant, and EDWARD H. ALLEN, Defendant, Doing Business under the Firm Name and Style of ALLEN ELECTRIC SALES COMPANY.— Judgment reversed on the law and facts, with costs, certain findings of fact and conclusions of law disapproved and reversed and new findings of fact and conclusions of law made in lieu thereof, and judgment ordered in favor of the defendant Higgins against the plaintiff, dismissing the complaint, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SPERIE BARTHOLOMEO, Appellant.— Judgment of conviction affirmed. All concur.

CATHERINE O'LEARY, as Administratrix, etc., of JAMES F. O'LEARY, Deceased, Respondent, v. PATRICK McCARTHY and Others, Individually and as Copartners, etc., Appellants.— Judgment and order affirmed, with costs. All concur.

ESTELLE COE, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Probate of the Last Will and Testament of JOSEPH F. KNAPP, Deceased.— Order affirmed, with costs. All concur.

ELIZA ANNA and Another, as Executors, etc., Appellants, v. ONEIDA COUNTY SAVINGS BANK, Defendant, Impleaded with EMMA E. BROWN, as Executrix, etc., Respondent.— Judgment affirmed, with costs. All concur.

VITO MARCHESE, Respondent, v. ANTHONY MARFISI, Appellant.— Order affirmed, with costs. All concur.

CATERINA MARCHESE, Respondent, v. ANTHONY MARFISI, Appellant.— Order affirmed, with costs. All concur.

JOSEPH ROTHENBERG and Another, Respondents, v. LEON FRUIT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.